**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **GHOST CITY TOURS OF GEORGIA, LLC,** | ) | |
| | ) | |
| **Plaintiff** | ) | **CIVIL ACTION NO. 25-cv-2332** |
| | ) | |
| **v.** | ) | **JUDGE: SARAH S. VANCE** |
| | ) | |
| **US GHOST ADVENTURES, LLC, and** | ) | **MAGISTRATE: EVA J. DOSSIER** |
| **LANCE ZAAL,** | ) | |
| | ) | |
| **Defendants** | ) | |

**Defendant US Ghost Adventures, LLC's Rule 7.1 Disclosure Statement**

Defendant US Ghost Adventures, LLC is a non-governmental entity and further states that it has no parent corporation, and no publicly held corporation owns 10% or more of its membership interests.

Dated: February 6, 2026          Respectfully submitted,

/s/ Stephen Kepper
Stephen Kepper (#34618)
INTELLECTUAL PROPERTY CONSULTING, L.L.C.
400 Poydras Street, Suite 1400
New Orleans, LA 70130
Tel.: (504) 322-7166
Fax: (504) 322-7184
skepper@iplawconsulting.com

*Attorneys for Defendants, US Ghost Adventures,*
*LLC and Lance Zaal*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notice to all counsel of record:

Andrew J. Walker
JONES FUSSELL, L.L.P.
P.O. Box 1810
Covington, LA  70434
Telephone: 985-893-4801
Facsimile: 985-235-4327
E-mail: awalker@jonesfussell.com

Attorney for Ghost City Tours of Georgia, LLC


  /s/ Stephen M. Kepper

2